M. Gregory Weisz (Wyo. Bar #6-2934)
PENCE AND MACMILLAN LLC
P.O. Box 765
Cheyenne, WY  82003-0765
Phone:   (307) 638-0386
gweisz@penceandmac.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRADLEY H. CAPE, an individual,<br>ZACHARY M. SMITH, an individual,<br>PHILLIP G. YEOMANS, an individual, and<br>JOHN W. SLOWENSKY, an individual,<br><br>    Defendants. | Case No. 22-CV-00067-SWS |

### PLAINTIFF'S REPLY TO:
### "DEFENDANTS' RESPONSE IN OPPOSITION TO
### PLAINTIFF'S MOTION FOR REMAND"

**COMES NOW** Plaintiff, Iron Bar Holdings, LLC, by and through its attorney M. Gregory Weisz of Pence and MacMillan LLC, and in reply to *Defendants' Response to Opposition to Plaintiff's Motion for Remand* (ECF No. 16) (hereinafter "Response"), Plaintiff respectfully informs the Court that it stands on *Plaintiff's Motion for Remand* (ECF No. 13) and *Plaintiff's Memorandum in Support of Motion for Remand* (ECF No. 14) as any necessary reply to the aforesaid Response.

1

RESPECTFULLY SUBMITTED on this 2nd day of May, 2022.

/s/ *Greg Weisz*
M. Gregory Weisz, Wyo. Bar No. 6-2934
PENCE AND MACMILLAN LLC
P.O. Box 765
Cheyenne, WY 82003
(307) 638-0386
(307) 634-0336 fax
gweisz@penceandmac.com
Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2022, a true and correct copy of the above and foregoing document was served by CM/ECF upon the following:

Ryan A. Semerad
The Fuller Law Firm
242 South Grant Street
Casper, WY 82601
*Defendants' Attorney*

/s/ *Greg Weisz*
Pence and MacMillan LLC