Ryan A. Semerad, Esq.
Wyoming Bar No. 7-6270
**THE FULLER & SEMERAD LAW FIRM**
242 South Grant Street
Casper, Wyoming 82601
Telephone: 307-265-3455
Facsimile: 307-265-2859
Email: semerad@thefullerlawyers.com

*Attorney for Defendants Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming, <br><br> Plaintiff, <br><br> vs. <br><br> BRADLEY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual, <br><br> Defendants. | CASE NO. 22-cv-00067-SWS |

**DEFENDANTS' UNOPPOSED MOTION TO AMEND THE CAPTION**

Defendants Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky (collectively, "Defendants"), by and through their undersigned attorney Ryan A. Semerad, of Donald L. Fuller, Attorney at Law, LLC d/b/a The Fuller & Semerad Law Firm, move this Court for an order to amend the caption in this matter to reflect the proper spelling of Defendant Bradly H. Cape's first name. Defendant Cape's first name has been identified in the

1

caption and other pleadings in this matter as "Bradley." Defendant Cape's first name is correctly spelled "Bradly" without the letter "e."

Further, based on the representations of Plaintiff's counsel at the initial pretrial conference before Magistrate Judge Rankin held on September 1, 2022, Defendants aver that this motion is unopposed.

Therefore, Defendants respectfully request that this Court grant this motion and amend the caption in this matter so as to reflect the correct spelling of Defendant Cape's first name, Bradly.

Dated: September 2, 2022.                THE FULLER & SEMERAD LAW FIRM

By: */s/Ryan A. Semerad*
Ryan A. Semerad, Esq.
Wyoming State Bar No. 7-6270
242 South Grant Street
Casper, Wyoming 82601
Telephone: 307-265-3455
Facsimile: 307-265-2859
Email: semerad@thefullerlawyers.com

*Attorney for Defendants Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky*

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of September, 2022, I electronically filed the foregoing instrument with the Clerk of the Court for the United States District Court for the District of Wyoming by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                  */s/Ryan A. Semerad*
                                                  The Fuller & Semerad Law Firm