UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming,<br><br>              Plaintiff,<br><br>vs.<br><br>BRADLEY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual,<br><br>              Defendants. | CASE NO. 22-cv-00067-SWS |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND THE CAPTION

Before the Court is Defendants' *Unopposed Motion to Amend the Caption*. The Court has considered this Motion as well as Plaintiff's non-opposition to the Motion, as stated by Plaintiff's counsel during the initial pretrial conference held on September 1, 2022, and is of the opinion that the Motion should be granted.

THEREFORE, it is ordered that Defendants' *Unopposed Motion to Amend the Caption* is hereby GRANTED and the caption in this matter going forward shall be amended to reflect the correct spelling of Defendant Bradly H. Cape's first name.

                                                    CHIEF MAGISTRATE JUDGE