# UNITED STATES DISTRICT COURT

# DISTRICT OF WYOMING

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case No. 22-CV-00067-SWS ) |
| BRADLY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual, | ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPERANCE

Lee Mickus, is admitted or otherwise authorized to practice in this court, and hereby enters his appearance as counsel on behalf of Defendants Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky. Mr. Mickus should receive all documents filed in this case.

DATED September 28, 2022.

EVANS FEARS & SCHUTTERT LLP

*/s/ Lee Mickus*
Lee Mickus
3200 Cherry Creek Drive South
Suite 380
Denver, CO 80209
Telephone: (303) 656-2199
lmickus@efstriallaw.com
alayton@efstriallaw.com

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

       I hereby certify that on September 28, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Gregory Weisz
Crystal D. Stewart
PENCE AND MACMILLAN LLC
P.O. Box 765
Cheyenne, WY 82003
Telephone: (307) 638-0386
gweisz@penceandmac.com

*Attorneys for Plaintiff*

Patrick J. Lewallen
Trevor J. Schenk
Chapman Valdez & Lansing
P.O. Box 2710
Casper, WY 82602
Telephone: 307-237-1983
plewallen@bslo.com
tschenk@bslo.com

*Attorneys for Backcountry Hunters*

Karen Budd-Falen
Rachael L. Buzanowski
Budd-Falen Law Offices, LLC
P.O. Box 346
Cheyenne, WY 82003-0346
Telephone: 307-632-5105
karen@buddfalen.com
rachel@buddfalen.com

*Attorneys for Wyoming Stockgrowers Association and Wyoming Wool Growers Association*

Ryan A. Semerad
The Fuller-Semerad Law Firm
242 South Grant Street
Casper, WY 82601
Telephone: 307-265-3455
semerad@thefullerlawyers.com

*Attorneys for Defendants*

Eric B. Hanson
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
ehanson@keker.com

*Attorneys for Backcountry Hunters*