UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRADLY H. CAPE, an individual,<br>ZACHARY M. SMITH, an individual,<br>PHILLIP G. YEOMANS, an individual, and<br>JOHN W. SLOWENSKY, an individual,<br><br>　　　　Defendants. | Case No. 22-CV-00067-SWS |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15**

COMES NOW Plaintiff, Iron Bar Holdings, LLC, by and through its attorney M. Gregory Weisz of Pence and MacMillan LLC and respectfully requests the Court grant leave to Plaintiff to file its *First Amended Complaint for Declaratory Judgment & Civil Trespass*, attached hereto as Exhibit 1, pursuant to Fed. R. Civ. P. 15. Plaintiff states as follows:

1. Plaintiff requests to add additional factual allegations not previously stated in its *Complaint for Declaratory Judgment & Civil Trespass* and is essential to Plaintiff's claims for relief.

2. Counsel for Plaintiff has contacted counsel for Defendants and Defendants do not object to the filing of Plaintiff's First Amended Complaint.

3. Per this Court's *Initial Pretrial Order* dated September 1, 2022, any motions to amend pleadings shall be filed on or before November 1, 2022. Plaintiff is in

1

compliance with this Court's *Initial Pretrial Order* by filing said motion on or before November 1, 2022.

4. A redlined amended complaint is attached hereto, as is a clean copy of the proposed amended complaint.

For the reasons set forth above, the Court should permit Plaintiff to file its *First Amended Complaint for Declaratory Judgment & Civil Trespass*.

RESPECTFULLY SUBMITTED this 1st day of November, 2022.

>*/s/ M. Gregory Weisz*
>M. Gregory Weisz, Wyo. Bar No. 6-2934
>Crystal D. Stewart, Wyo. Bar No. 7-6057
>PENCE AND MACMILLAN LLC
>P.O. Box 765
>Cheyenne, WY 82003
>(307) 638-0386
>(307) 634-0336 fax
>gweisz@penceandmac.com
>cstewart@penceandmac.com
>Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2022, a true and correct copy the above and foregoing document was served by CM/ECF upon the following:

Ryan A. Semerad, Wyo. Bar No. 7-6270
The Fuller-Semerad Law Firm
242 South Grant Street
Casper, WY 82601
*Defendants' Attorney*

Lee Mickus
Evans Fears & Schuttert LLP
3200 Cherry Creek Drive South
Suite 380
Denver, CO 80209
*Defendants' Attorney*

Patrick J. Lewallen
Trevor J. Schenk
Chapman Valdez & Lansing
P.O. Box 2710
Casper, WY 82602
*Attorneys for Backcountry Hunters*

Eric B. Hanson
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
*Attorneys for Backcountry Hunters*

Karen Budd-Falen, Wyo. Bar No. 5-2647
Rachael L. Buzanowski, Wyo. Bar No. 8-6693
Budd-Falen Law Offices, LLC
P.O. Box 346
Cheyenne, WY 82003-0346
*Attorneys for Wyoming Stockgrowers Association and Wyoming Wool Growers Association*

               *M. Gregory Weisz*
               Pence and MacMillan LLC