Eric B. Hanson – pro hac vice
ehanson@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Counsel for *Amicus Curiae* Backcountry
Hunters & Anglers

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming,<br><br>     Plaintiff,<br><br>  v.<br><br>BRADLY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual,<br><br>     Defendants. | Case No. 22-CV-00067-SW |

**[PROPOSED] DECLARATION OF ERIC B. HANSON IN SUPPORT OF BRIEF OF AMICUS CURIAE BACKCOUNTRY HUNTERS & ANGLERS**

1942964

I, Eric B. Hanson, hereby declare as follows:

1.      I am an attorney at Keker, Van Nest & Peters LLP, counsel for *Amicus Curiae* Backcountry Hunters & Anglers ("BHA") in the above-captioned matter.  I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of "The Corner-Locked Report" by OnX Maps, available at https://www.onxmaps.com/onx-access-initiatives/corner-crossing-report, last accessed October 28, 2022.

3.      Attached as Exhibit 2 is a true and correct copy of a listing for the Laramie Plains Ranch from the website LandWatch.com, available at https://www.landwatch.com/albany-county-wyoming-farms-and-ranches-for-sale/pid/414833854, last accessed October 20, 2022.

4.      Attached as Exhibit 3 is a true and correct copy of a listing for the Kite Ranch from the website LandWatch.com, available at https://www.landwatch.com/albany-county-wyoming-farms-and-ranches-for-sale/pid/410167037, last accessed October 27, 2022.

5.      Attached as Exhibit 4 is a true and correct copy of a listing for the Lost In Time Cedar Breaks Ranch from the website LandWatch.com, available at https://www.landwatch.com/wibaux-county-montana-farms-and-ranches-for-sale/pid/414569840, last accessed October 28, 2022.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 29, 2022 at Los Angeles, California.


*/s/ Eric B. Hanson*
Eric B. Hanson

1942964

1

# EXHIBIT 1






## The Corner-Locked Report

## Overview

## The Crux of the Issue

 



## Corner-Locked By The Numbers

**9.3 MILLION PUBLIC-LAND ACRES ARE CORNER-LOCKED**

**72%**

**9.3 MILLION** ACRES OF PUBLIC LAND AND LOCKED UP BY **27,120 CORNERS**

## Landowner Views on Corner-Crossing

## A Confusing Legal Backstory



## Mutually Beneficial Solutions At Work

## What's Next?

# EXHIBIT 2

Q Enter a City, County, State, or ID                    Search

‹ • Available
**$18,600,000**
Fetterman Road , Rock River, WY 82083
(Albany County)

**Size:** 54,209 Acres
**Type:** Farms and Ranches, Recreational
Property, House

Contact  ♡  ↗



### Laramie Plains Ranch

Located in Albany County, Wyoming, approximately 45 miles north of Laramie, or 55 miles west of Wheatland, Wyoming, the Laramie Plains features 54,209 total contiguous acres and consists of 25,764 deeded acres, 5,338 State of Wyoming lease acres, 8,211 BLM lease acres and 14,896 private lease acres fenced into the ranch. Water is abundant on the ranch. Rock Creek traverses the property for approximately seven miles and the ranch surrounds Wheatland Reservoirs #2 and #3. Senior water rights provide water to irrigate hay ground. The hardy grass of the Laramie Plains provides excellent grazing for yearlings with the Laramie Plains Ranch owner-rated at 4,200 head of yearling cattle during the summer months. Multiple improvements on the ranch provide housing and cattle working facilities. Wildlife is abundant on the property with deer, antelope, elk and upland game birds known to frequent the ranch.

Read Less

### Map



Show Google Map

### Directions

Contact us for directions to this property

### Resources

**Links**
🖥 Property Website

**Attachments**
📄 Laramie Plains Ranch Brochure.pdf

### Provided By

Cory Clark
Clark & Associates Land Brokers, (307) 334-2025

Report this listing

**Cory Clark**
Clark & Associates Land Brokers

View Phone Number

Name

Email Address

Phone Number

Message

How much land can you afford? Get the
☐ FarmLand Affordability Guide and related  ⓘ
content to find out.

☑ Yes, I'd like to periodically receive information
about the land market.

Contact Seller

By clicking the button, you agree to our Terms of Use
and Privacy Policy.

### More by Cory Clark



50 Acres • $1,600,000
4 beds • 5 baths
Sterling, CO, 80751, Logan County

Scott Leach
Clark & Associates La...    Contact



21,730 Acres • $10,000,000
Oelrichs, SD, 57763, Fall River County

Mark McNamee
Clark & Associates La...    Contact



273 Acres • $2,500,000
Buffalo, WY, 82834, Johnson County

Cory Clark
Clark & Associ...    Contact

### Recently Viewed



1,423 Acres • $4,900,000
Pavillion, WY, 82523, Fremont County

Frederick Nel...
Range Realty, ...    Contact

5,331 Acres • $9,000,000
4 beds • 2 baths • 2,500 sqft
Guernsey, WY, 82214, Platte County

Jim Pederson
Arnold Realty, ...    Contact

3,080 Acres • $3,900,000
Encampment, WY, 82325, Carbon County

Lonnie Gussin
Hayden Outdo...    Contact

54,209 Acres • $18,600,000
Rock River, WY, 82083, Albany County

Cory Clark
Clark & Associ...    Contact

**LISTINGS BY STATE**
Texas Land For Sale
Tennessee Land For Sale
North Carolina Land For Sale
Georgia Land For Sale
Michigan Land For Sale
View More

Missouri Land For Sale
Florida Land For Sale
Wisconsin Land For Sale
Oklahoma Land For Sale
Colorado Land For Sale

**RESOURCES**
Add Listing
Advertise
Find an Agent

**ABOUT US**
Home
Contact Us
Terms and Conditions
Privacy Policy
CA: Do Not Sell My Personal Info
Site Map

FOLLOW US  f  ✕

© 2022 CoStar Group

# EXHIBIT 3



🔍 Enter a City, County, State, or ID    [ Search ]



View all 45 pictures

## Kite Ranch

The Historic Kite Ranch, located in southeastern Wyoming, consists of 8,561 deeded acres, 3,738 State of Wyoming and 23,702 BLM and private lease acres for a total of 36,001 acres. The ranch is located 65 miles north of Laramie and 55 miles west of Wheatland, Wyoming. The Kite Ranch is an exceptional summer yearling grazing ranch located on the Laramie Plains. It borders Wheatland Reservoir #2 and surrounds Wheatland Reservoir #3 with over five miles of the Laramie River that meanders from the south to the north through the property with excellent opportunities for trophy trout and walleye fishing. Wheatland Irrigation District owns, stores and uses the water for irrigating lands east of the ranch. There is an 1882 territorial water right from the Laramie River for 705 flood-irrigated acres of native hay meadows. This is the 12th right on the river and is superior to the Wheatland Irrigation Districts rights. The ranch is watered via the Laramie River and seven miles of shoreline on Wheatland Reservoir #3. There are seven solar wells with tire tanks, other ponds and an underground pipeline from the corrals to the horse pasture. The terrain of the ranch is high mountain plains and consists of high protein, short grass that produces 2-2.5 lbs. of gain per day on yearling cattle. The ranch is conservatively owner-rated for 2,000+ yearlings for 4-5 months. With the use of the lands owned by others, but fenced into the ranch, and with the productive grasses created by the receding water levels on the two reservoirs in some years, carrying capacity could be up to 3,000+ yearlings. The cattle-handling facilities are in good working condition and can handle large numbers of cattle. The facilities include gravel steel corrals, sorting alleys, scale, covered processing area with a hydraulic squeeze chute and steel wind breaks. The Kite Ranch house was built in 1901 and features 14 rooms with two stories. The stone house is a landmark of Wyoming ranching history and shows the foresight of pioneers that settled these productive grazing lands. The Kite Ranch offers waterfowl, antelope, mule deer hunting along with trout and walleye fishing.

Read Less

## Amenities

Land

**Present Use**
• Agribusiness

## Map



Show Google Map

## Directions

Contact us for directions to this property

## Resources

**Links**
🖥 Property Website
**Attachments**
📄 Kite Ranch Brochure.pdf

## Provided By

**Scott Leach**
Clark & Associates Land Brokers, (307) 331-9095
Report this listing

### Scott Leach
Clark & Associates Land Brokers

View Phone Number

[ Name ]
[ Email Address ]
[ Phone Number ]
[ Message ]

How much land can you afford? Get the
☐ FarmLend Affordability Guide and related
consent to find out.

☑ Yes, I'd like to periodically receive information about
the land market.

[ Contact Seller ]

By clicking the button, you agree to our Terms of Use
and Privacy Policy.

## More by Scott Leach



50 Acres • $1,600,000
4 Beds • 5 baths
Sterling, CO, 80751, Logan County
Scott Leach
Clark & Associates Land ...    [ Contact ]



380 Acres • $950,000
Wheatland, WY, 82201, Platte County
Scott Leach
Clark & Associates Land ...    [ Contact ]



80 Acres • $198,000
Guernsey, WY, 82214, Platte County
Scott Leach
Clark & Associates Land ...    [ Contact ]

## Recently Viewed



75,687 Acres • $33,300,000
4 beds • 3 baths
Roswell, NM, 88202, Chaves County
Paul Taylor III
Ranchline    [ Contact ]

79422.64 Acres
Hagerman, NM, 88232, Chaves County
Paul Taylor III
Ranchline    [ Contact ]



24,108 Acres • $25,000,000
Sun Valley, ID, 83353, Blaine County
Trent Jones
Hall and Hall    [ Contact ]

36,001 Acres • $9,100,000
Wheatland, WY, 82201, Albany County
Scott Leach
Clark & Associates Land ...    [ Contact ]

LISTINGS BY STATE
Texas Land For Sale            Missouri Land For Sale
Tennessee Land For Sale        Florida Land For Sale
North Carolina Land For Sale   Oklahoma Land For Sale
Georgia Land For Sale          Wisconsin Land For Sale
Michigan Land For Sale         Colorado Land For Sale
View More

RESOURCES
Add Listing
Advertise
Find an Agent

ABOUT US
Home
Contact Us
Terms and Conditions
Privacy Policy
CA: Do Not Sell My Personal Info
Site Map

FOLLOW US  f  ⓕ  𝕏
© 2022 CoStar Group

# EXHIBIT 4



⌕ Enter a City, County, State, or ID | **Search**

< ● Available
**$40,000,000**
(Wibaux County)

**Size:** 45,400 Acres
**Type:** Farms and Ranches, Recreational Property, Hunting Property, House
**Home:** 14 Beds - 7 Baths - 10,000 Sq Ft

Contact ♡ ↗



Bill Bahny
Bill Bahny & Associates, LLC
Real Estate

View Phone Number

Name
Email Address
Phone Number
Message

☐ RBH Finance will contact you about financing this property.
☐ Yes, I'd like to periodically receive information about the land market.

**Contact Seller**

By clicking the button, you agree to our Terms of Use and Privacy Policy.

□ View all 30 pictures

## Lost In Time Cedar Breaks Ranch

A rare opportunity to own one of the best recreational ranches in the heart of Eastern Montana cattle country. It was made famous by the Texas cowboys who trailed cattle to summer pasture here in the late 1800s. Get away from it all and experience privacy, seclusion, and tranquility out west in the BIG SKY Country of Montana. This is a one-of-a-kind opportunity to own and appreciate a piece of the Old West. Imagine gazing out from the deck of your 10,000 sq. ft. Log Lodge onto this safe, secure, pristine property that reaches from skyline to skyline to the skyline. This huge offering encompasses 45,400 deeded acres, 12,800 acres leased, all contiguous. Cedar Creek flows through the ranch with grassy hills, meadows, badlands breaks with cedar and pine trees scattered through the ranch.

The ranch has a capacity to run 2,000 head of livestock year round.

Wildlife abound in the form of a resident elk herd, world class trophy mule deer, and an resident antelope herd along with trout fishing. The ranch is home to a greater sage grouse habitat. A number of pheasants and sharp-tailed grouse also inhabit the ranch. Recreation is unlimited.

The ranch is extremely accessible with GREAT roads and trails opening up opportunities for four wheeling and horseback riding.

The ranch has one dinosaur dig that was dug by the Chicago University, plastered and tarped. About three miles away is another dinosaur site that has not been explored.

Live in luxury, enjoy recreational freedom, get Lost In Time on this one-of-a-kind treasure.

Read Less

### Amenities

Land

| Activities | Barn Information |
|---|---|
| • Horseback Riding | • Barn(s) |
| • Hunting | • Loaf Shed(s) |
| • Off-roading | • Shop Building |

| Easements | Fish |
|---|---|
| • Access | • Trout |

| Land Type | Lot Description |
|---|---|
| • Both | • Acreage |
| • Hunting | • Horses Permitted |
| | • Pasture |
| | • Tank/Pond |

| Miscellaneous | Present Use |
|---|---|
| • Cattle Working Pens | • Agribusiness |
| • Fenced for Cattle | • Agriculture |
| • Fenced for Horses | • Grazing |
| • Loading Chute | • Hunting/Fishing |
| • Windmill | • Residential Multi-Family |

| Proposed Use | Road Frontage Desc |
|---|---|
| • Agriculture | • County |
| • Grazing | • Gravel/Rock |
| • Hunting/Fishing | • Private |
| • Residential Multi-Family | |

| Special Notes | Will Subdivide |
|---|---|
| • Virtual Tour | • No |

Show Less Features

## Map



Show Google Map

## Directions

Contact us for directions to this property

## Video



## Provided By

Bill Bahny
Bill Bahny & Associates, LLC Real Estate, (406) 594-7844

Report this listing

## More by Bill Bahny


2,160 Acres · $3,900,000
3 beds · 3 baths
Sonnette, MT, 59713, Powder River County
Bill Bahny & Associates...
Contact Seller


381 Acres · $4,750,000
Melstone, MT, 59054, Musselshell County
Bill Bahny & Associates...
Contact Seller


94 Acres · $1,795,000
East Helena, MT, 59635, Broadwater County
Bill Bahny & Associates...
Contact Seller

## Recently Viewed


66,937 Acres · $35,969,850
Lloyd, MT, 59535, Blaine County
Jimmy Willia...
Wilks Ranch B...
Contact Seller


66,896 Acres · $66,000,000
Big Sandy, MT, 59520, Chouteau County
Dave Johnson
Hall and Hall
Contact Seller

45,400 Acres · $40,000,000
14 beds · 7 baths · 10,000 sqft
Wibaux, MT, 59353, Wibaux County
Bill Bahny
Bill Bahny & Associates...
Contact Seller

35,000 Acres · $10,000,000
Hinsdale, MT, 59241, Valley County
Northwave Realty
UC Northwave Realty
Contact Seller

LISTING BY STATE
Texas Land For Sale
Tennessee Land For Sale
California Land For Sale
North Carolina Land For Sale
Missouri Land For Sale
View More

Florida Land For Sale
Michigan Land For Sale
Oklahoma Land For Sale
Wisconsin Land For Sale
Alabama Land For Sale

RESOURCES
Add Listing
Advertise
Find an Agent

ABOUT US
Home
Contact Us
Terms and Conditions
Privacy Policy
CA: Do Not Sell My Personal Info
Site Map

FOLLOW US  f  ✗

©2022 CoStar Group