

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming,<br><br>Plaintiff,<br><br>v.<br><br>BRADLY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual,<br><br>Defendants. | Case No. 22-CV-00067-SW |

### ORDER GRANTING BACKCOUNTRY HUNTERS & ANGLERS' MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF

Before the Court is Backcountry Hunters & Anglers' Motion For Leave to File an *Amicus Curiae* Brief.

The Court has considered the Motion and any responsive pleadings, and the case of record, and is of the opinion that Backcountry Hunters & Anglers' Motion for Leave to File an *Amicus Curiae* Brief should be GRANTED. Accordingly, Backcountry Hunters & Anglers Motion is hereby GRANTED.

SIGNED on this 30th day of November, 2022.

_____
Kelly H. Rankin
United States Magistrate Judge