Crystal D. Stewart (Wyo. Bar No. 7-6057)
M. Gregory Weisz (Wyo. Bar #6-2934)
PENCE AND MACMILLAN LLC
P.O. Box 765
Cheyenne, WY 82003-0765
Phone: (307) 638-0386
gweisz@penceandmac.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming, </br></br> Plaintiff, </br></br> vs. </br></br> BRADLEY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual, </br></br> Defendants. | Case No. 22-CV-00067-SWS |

## RETURN OF SERVICE

STATE OF WYOMING   )
                   )
COUNTY OF Natrona  )

I, Randy Bjorklund, of Natrona County, Wyoming do hereby certify that I received the within Subpoena to Produce Documents, Information, or Objects in a Civil Action in Case No. 22-CV-00067-SWS and that I served the same the 9th day of December, 2022, by serving the original to:

James A. Hasskamp
130 Aster Street
Casper, WY 82604

by leaving same with JAMES HASSKAMP at 130 Aster, Casper, Wyoming.

I Randy Bjorklund on December 9th 2022 at 5:00pm did personally served James Hasskamp at his residence of 130 Aster, Casper, Wy. Service was done in Person. by hand to hand. RB 12/9/22