Ryan A. Semerad, Esq.
Wyoming Bar No. 7-6270
**THE FULLER & SEMERAD LAW FIRM**
242 South Grant Street
Casper, Wyoming 82601
Telephone: 307-265-3455
Facsimile: 307-265-2859
Email: semerad@thefullerlawyers.com

Lee Mickus, Esq.
Wyoming Bar No. 7-5698
**EVANS FEARS & SCHUTTERT LLP**
3900 E. Mexico Avenue, Suite 1300
Denver, Colorado 80210
Telephone: 303-656-2199
Facsimile: 702-805-0291
Email: lmickus@efstriallaw.com

*Attorneys for Defendants Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming, | CASE NO. 22-cv-00067-SWS |
| Plaintiff, | |
| vs. | |
| BRADLY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual, | |
| Defendants. | |

**DEFENDANTS' EXPERT WITNESS DESIGNATION**

Defendants Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky (collectively, "Defendants"), by and through their undersigned attorneys, make the

1

following expert witness designation pursuant to Fed. R. Civ. P. 26(a)(2), U.S.D.C.L.R. 26.1(e), Fed. R. Evid. 702, 703, and 705, and the Initial Pretrial Order entered in this case (ECF No. 31).

Defendants designate the following expert witnesses in this matter:

A. **William R. Fehringer, P.L.S., CFEDS**
   Civil Engineering Professionals, Inc.
   6080 Enterprise Drive
   Casper, Wyoming 82609
   Tel: 307-266-4346
   Email: billf@cepi-casper.com

Mr. Fehringer's written report, made pursuant to Fed. R. Civ. P. 26(a)(2)(B), is set forth as an enclosure included with this pleading. Mr. Fehringer's report contains a complete statement of his opinions as well as the basis and reasons for them. Further, following Mr. Fehringer's report, Mr. Fehringer has included his current curriculum vitae describing his qualifications, professional experience, and other credentials as well as a rate sheet identifying his compensation in this case and the hourly rate charged for deposition or trial testimony. Finally, Mr. Fehringer has included a list of the other cases in which he has testified during the previous four (4) years.

**REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK**

Mr. Fehringer has not authored any publications pertinent to the issues in this case. Mr. Fehringer has no unusual or special requirements with respect to the taking of his deposition.

Dated: February 15, 2023.               THE FULLER & SEMERAD LAW FIRM

                                        By: /s/Ryan A. Semerad
                                            Ryan A. Semerad, Esq.
                                            Wyoming State Bar No. 7-6270
                                            242 South Grant Street
                                            Casper, Wyoming 82601
                                            Telephone: 307-265-3455
                                            Facsimile: 307-265-2859
                                            Email: semerad@thefullerlawyers.com

                                            Lee Mickus, Esq.
                                            Wyoming Bar No. 7-5698
                                            EVANS FEARS & SCHUTTERT LLP
                                            3900 E. Mexico Avenue, Suite 1300
                                            Denver, Colorado 80210
                                            Telephone: 303-656-2199
                                            Facsimile: 702-805-0291
                                            Email: lmickus@efstriallaw.com

                                            *Attorneys for Defendants Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky*

## CERTIFICATE OF SERVICE

I certify that on the 15th day of February, 2023, I electronically filed the foregoing instrument with the Clerk of the Court for the United States District Court for the District of Wyoming by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                /s/Ryan A. Semerad
                                                The Fuller & Semerad Law Firm