**Elk Mountain**
Carbon County, Wyoming, AC +/-

 Town of Hanna
 BLM
 Private
 State of WY

Case No. 22-CV-00067-SWS

Plaintiff's Exhibit 8