# EXHIBIT B

# "Elk Mountain Map"

# EXHIBIT B


