# EXHIBIT E

# "Photos of Post, Signs, Chain and Lock"

# EXHIBIT E



