# EXHIBIT G

# "2021 Sheriff Body Camera Video" (Redacted)

# EXHIBIT G