# EXHIBIT H

# "Audio Recording of Confrontation by Mr. Grende"

# EXHIBIT H