## UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 JUN -1 PM 3: 59
MARGARET BOTKINS, CLERK
CASPER

IRON BAR HOLDINGS, LLC, a North
Carolina limited liability company
registered to do business in Wyoming,

        Plaintiff,

    v.

BRADLEY H. CAPE, ZACHARY M.
SMITH, PHILLIP G. YEOMANS, and
JOHN W. SLOWENSKY,

        Defendants.

Case No. 22-CV-67-SWS

---

## FINAL JUDGMENT

---

This matter comes before the Court on its Order on Cross Motions for Summary Judgment (ECF 83), which is fully incorporated herein by this reference, and Plaintiff's Withdrawal of Remaining Claim (ECF 86), which withdrew Plaintiff's claim of physical surface trespass. Together, these documents dispose of all causes of action.

**FINAL JUDGMENT** is hereby entered in favor of Defendants and against Plaintiff on all claims of airspace trespass and declaratory judgment. Plaintiff's claim of physical surface trespass is voluntarily withdrawn. Neither party is entitled to an award of attorney fees in this action, and any award of costs will be governed by Fed. R. Civ. P. 54(d)(1) and Local Civil Rule 54.2.

    DATED: ~~May~~ June 1st, 2023.

F.R.C.P. 58(b)(2) approval as to form:

_____
Scott. W. Skavdahl
United States District Judge

Entered:    Margaret Botkins
           Clerk of Court

By _____
          Kim Blonigen
          Deputy Clerk of Court