Theresa Wardon Benz, Pro Hac Vice
Kristin L. Arthur, Pro Hac Vice
DAVIS GRAHAM & STUBBS, LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Phone: (303) 892-9400
theresa.benz@dgslaw.com
kristin.arthur@dgslaw.com

M. Gregory Weisz, Wyo. Bar No. 6-2934
PENCE AND MACMILLAN LLC
P.O. Box 765
Cheyenne, WY 82003
(307) 638-0386
gweisz@penceandmac.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF WYOMING

| | | |
|---|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 22-CV-00067-SWS |
| BRADLY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE PRO HAC VICE

Kristin L. Arthur, Esq., of the law firm of Davis Graham & Stubbs, LLP, 1550

Seventeenth Street, Suite 500, Denver, Colorado, hereby enters her appearance pursuant to

1

Local Rule 84.3(a), as counsel for Iron Bar Holdings, LLC in the above-captioned action.

Dated this 7th day of July, 2023.

/s/ Kristin L. Arthur
Theresa Wardon Benz, Pro Hac Vice
Kristin L. Arthur, Pro Hac Vice
DAVIS GRAHAM & STUBBS, LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Phone: (303) 892-9400
kristin.arthur@dgslaw.com
theresa.benz@dgslaw.com

M. Gregory Weisz, Wyo. Bar No. 6-2934
PENCE AND MACMILLAN LLC
P.O. Box 765
Cheyenne, WY 82003
(307) 638-0386
gweisz@penceandmac.com

*Attorneys for the Plaintiff*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of July, 2023, a true and correct copy of the above and foregoing document was served by CM/ECF upon the following:

Ryan A. Semerad, Wyo. Bar No. 7-6270
The Fuller & Semerad Law Firm
242 South Grant Street
Casper, WY 82601
*Defendants' Attorney*

Alexandria Layton
Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorney for Defendants*

Lee Mickus
Evans Fears Schuttert McNulty Mickus
3900 E. Mexico Avenue, Suite 1300
Denver, CO 80210
*Attorney for Defendants*

Patrick J. Lewallen
Trevor J. Schenk
Chapman Valdez & Lansing
P.O. Box 2710
Casper, WY 82602
*Attorneys for Backcountry Hunters*

Eric B. Hanson
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
*Attorneys for Backcountry Hunters*

Karen Budd-Falen, Wyo. Bar No. 5-2647
Rachael L. Buzanowski, Wyo. Bar No. 8-6693
Budd-Falen Law Offices, LLC

P.O. Box 346
Cheyenne, WY 82003-0346
*Attorneys for Wyoming Stockgrowers Association and Wyoming Wool Growers Association*

    */s/ Lauren Norman*
Laure Norman

4