# EXHIBIT 1

## Postcard

FAMILIARS - ROOK
by THEPURPLEHUSKY
http://thepurplehusky.redbubble.com

Dearest Fred, We watched with satisfaction as you failed to steal vast areas of public land, on top of the vast areas you've already hoarded. We hold a place for you here in the eternal fire. We are quite sure you will not repent. On the day of judgement we will receive you here in the abyss, to be placed among the worshipers of Mammon, to become one with us, multitude, burning forever. You belong with us, here in the darkness, abandoned by god.
From Hell, Satan.

FRED ESHELMAN
P.O. Box 36
ELK MOUNTAIN, WY 82324

Exhibit 1