# EXHIBIT 2

# April 23, 2023 Email



Exhibit 2

**From:** Fred Eshelman <fred@e[REDACTED]s.com>
**Sent:** Sunday, April 23, 2023 12:39 PM

**To:** Greg Weisz <gweisz@penceandmac.com>; ███████████████████████████ >
**Subject:** FW: Hunters lawsuit

---

**From:** Terry Davis <badfishglassworks@gmail.com>
**Sent:** Sunday, April 23, 2023 1:54 PM
**To:** Fred Eshelman <fred@e███████████s.com>
**Subject:** Hunters lawsuit

I hope you die of the most painful cancer imaginable. You suing 2 hunters has to be the worst thing I have ever heard of. People like you are why I am embarrassed to admit I am a registered Republican. In a just world those 2 hunters would be allowed to harvest your organs for the money to pay their legal fees. You are a bigger threat to our society than any leftie smashing a window. Faggot little bitch.

https://youtu.be/R9jhUP7Pe1A?list=TLPQMTkwNDIwMjPlZFJtUKWZwg

Exhibit 2