# EXHIBIT 3

## April 25, 2023 Email



From: S█████ G█████ <s█████e@yahoo.com>
Sent: Tuesday, April 25, 2023 11:27 AM
To: Greg Weisz <gweisz@penceandmac.com>
Subject: Threats

11:26   LTE 82%

 **Fw: S████ G██████ the Elk Mtn Ranch POOOOOOOSY!**

wycurlew
to Me
Today, 11:25 AM

Exhibit 3

Hey POOOOOOOOOOOSY!

sent from my iPhone
------- Forwarded Message -------
From: wycurlew <wycurlew@proton.me>
Date: On Tuesday, April 25th, 2023 at 11:06 AM
Subject: S▮▮▮ G▮▮▮ the Elk Mtn Ranch POOOOOOOOSY!
To: 307▮▮▮▮▮▮1@vtext.com <307▮▮▮▮▮▮1@vtext.com>

Watched the cop cam and you came off as an immature, sellout little pussy. Your damn lucky that the Missouri 4 were gentleman....if it had be someone else that you harassed and hazed, it's quite likely you would of experienced a severe ass whippin'

How does a little sellout like yourself face yourself in the mirror...or have you always been an ass kissing poooooosy?!

sent from my iPhone



Exhibit 3



11:08

wycurlew@proto...

This message is from an unsaved number. Beware of smishing and phishing.

**Block number**

Tuesday, April 25

(S█████ G█████ the Elk Mtn Ranch POOOOOOOOSY!) Watched the cop cam and you came off as an immature, sellout little pussy. Your damn lucky that the Missouri 4 were

11:07 AM

Exhibit 3



Sent from Yahoo Mail on Android

Exhibit 3