# EXHIBIT 4

## March 9, 2023 Email



**From:** S█████ G█████ <s██████████@yahoo.com>
**Sent:** Friday, March 10, 2023 2:15 PM

Exhibit 4

**To:** Greg Weisz <gweisz@penceandmac.com>
**Subject:** Fw: hunting fed land adjacent to Elk Mtn Ranch

Sent from Yahoo Mail on Android

> ----- Forwarded Message -----
> **From:** "68 Mahaska" <68mahaska@mailfence.com>
> **To:** "s███████@yahoo.com" <s███████@yahoo.com>
> **Cc:**
> **Sent:** Thu, Mar 9, 2023 at 1:12 PM
> **Subject:** hunting fed land adjacent to Elk Mtn Ranch
>
> Are you still the manager? If so, our hunting party will be corner crossing onto the fed lands next to Elk Mtn Ranch and we'd love to meet you.
>
> You'll have every opportunity to haze, intimidate and harass us. The only catch is, much different results that you will receive back vs. the Missouri 4
>
> You game, tough guy?
>
> Walt Jennings
> -- Sent with https://mailfence.com Secure and private email

Exhibit 4