# EXHIBIT 5

**Facebook Message**



**From:** S⬛⬛ G⬛⬛ <s⬛⬛⬛@yahoo.com>
**Sent:** Saturday, April 29, 2023 9:12 PM
**To:** Greg Weisz <gweisz@penceandmac.com>; ⬛⬛⬛⬛⬛⬛
**Subject:** Message







**Bill Wallick**

Exhibit 5

# Bill Wallick

Facebook

You're not friends on Facebook

Chiropractor Now Retired at Miles City, Montana

Studied at Northwestern College of Chiropractic

**VIEW PROFILE**

7:55 PM



Just read about you in the paper. Very ignorant individual. Suck up to an out of state loser. What a dick.

If you reply, Bill Wallick will also be able to call you and see info like your Active Status and when you've read messages.

**DELETE**  **BLOCK**

Message

Exhibit 5

Sent from Yahoo Mail on Android

Exhibit 5