# EXHIBIT 6

**B. Cape Deposition & Z. Smith Deposition**

```
 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF WYOMING
     -----------------------------------------------------------
 3
     IRON BAR HOLDINGS, LLC, a
 4   North Carolina limited
     liability company registered
 5   to do business in Wyoming,

 6           Plaintiff,

 7      vs.                          Case No. 22-CV-00067-SWS

 8   BRADLY H. CAPE, an individual,
     ZACHARY M. SMITH, an individual,
 9   PHILLIP G. YEOMANS, an individual,
     and JOHN W. SLOWENSKY, an individual,
10
             Defendants.
11   -----------------------------------------------------------

12

13         VIDEOTAPED DEPOSITION OF BRADLY H. CAPE
                   Taken by the Plaintiff
14
                    7:55 a.m., Thursday
15                   March 30, 2023

16

17         PURSUANT TO NOTICE, the videotaped deposition of

18   BRADLY H. CAPE was taken in accordance with the applicable

19   Federal Rules of Civil Procedure at the Wyoming State Bar,

20   4124 Laramie Street, Cheyenne, Wyoming, before Eric D.

21   Nordberg, a Registered Professional Reporter and a Notary

22   Public for the State of Wyoming.

23

24

25
```

Case 2:22-cv-00067-SWS   Document 104-7   Filed 07/07/23   Page 3 of 6

Iron Bar Holdings v. Bradly H. Cape, et al.                 Case No. 22-CV-00067-SWS

84

```
 1   that?
 2      A.   No.
 3      Q.   Did any of your other hunters?
 4      A.   Not that I recall.
 5      Q.   Okay.  You all used cell phones.
 6      A.   Yes.
 7      Q.   Okay.  So basically, as I'm understanding it,
 8   what you did to both understand the land ownership pattern
 9   and then to determine where you were at on the ground was
10   you looked at some -- the maps on the onX Hunt app, right?
11      A.   Yes.
12      Q.   And just to be clear, did you look at maps
13   anywhere else online of the area?
14      A.   The Game and Fish maps I would have used a lot
15   of.
16      Q.   Okay.
17      A.   Before we were actually on the hunt, preparing
18   for the hunt.
19      Q.   Okay.  All right.  In 2022, did you apply for an
20   elk license in the state of Wyoming?
21      A.   No.
22      Q.   Did you hunt elk anywhere else?
23      A.   No.
24      Q.   Have you applied for an elk license in Wyoming
25   for the 2023 season?
```

Exhibit 6

Iron Bar Holdings v. Bradly H. Cape, et al.                         Case No. 22-CV-00067-SWS
                                                                                           85

1       A.      No.

2               MR. WEISZ:  Okay.  Give me just a few

3    minutes, please.

4               THE VIDEOGRAPHER:  Off the record or --

5               MR. WEISZ:  No, stay on the record.

6               (Pause.)

7       Q.      (BY MR. WEISZ)  Okay, Mr. Cape, just a few more

8    questions.  Have you crossed corners BLM to BLM when the

9    adjacent lands were owned by a private person other than at

10   the Elk Mountain area in Wyoming?

11      A.      Not that I recall.

12      Q.      Do you know who James Haaskamp is?

13      A.      Yes.

14      Q.      How do you know him?

15      A.      I've heard that name with this case.

16      Q.      Have you ever communicated with him yourself?

17      A.      No.

18      Q.      Have you been asked by any news organization or

19   social media organization for an interview where you

20   declined?

21      A.      I don't remember if I've declined or ignored.

22      Q.      So by that, can I take it that you have been

23   asked by other news outlets or social media outlets to give

24   an interview?

25      A.      Yes.

Iron Bar Holdings v. Bradly H. Cape, et al.                    Case No. 22-CV-00067-SWS

1

```
 1                  UNITED STATES DISTRICT COURT

 2                      DISTRICT OF WYOMING
     ----------------------------------------------------------
 3
     IRON BAR HOLDINGS, LLC, a
 4   North Carolina limited
     liability company registered
 5   to do business in Wyoming,

 6           Plaintiff,

 7       vs.                           Case No. 22-CV-00067-SWS

 8   BRADLY H. CAPE, an individual,
     ZACHARY M. SMITH, an individual,
 9   PHILLIP G. YEOMANS, an individual,
     and JOHN W. SLOWENSKY, an individual,
10
             Defendants.
11   ----------------------------------------------------------

12

13          VIDEOTAPED DEPOSITION OF ZACHARY M. SMITH
                     Taken by the Plaintiff
14
                        1:01 p.m., Thursday
15                        March 30, 2023

16

17          PURSUANT TO NOTICE, the videotaped deposition of

18   ZACHARY M. SMITH was taken in accordance with the

19   applicable Federal Rules of Civil Procedure at the Wyoming

20   State Bar, 4124 Laramie Street, Cheyenne, Wyoming, before

21   Eric D. Nordberg, a Registered Professional Reporter and a

22   Notary Public for the State of Wyoming.

23

24

25
```

Iron Bar Holdings v. Bradly H. Cape, et al.                    Case No. 22-CV-00067-SWS
                                                                              22

```
 1      Q.    What species did you hunt?
 2      A.    That would have been antelope.
 3      Q.    Okay.  Did you successfully harvest an antelope?
 4      A.    Yes.
 5      Q.    Okay.  Did you shoot that on public ground?
 6      A.    Yes.
 7      Q.    In that hunting trip, did you have to carry out
 8   any corner crossing to hunt?
 9      A.    I'm not for certain.  I do not think so.
10      Q.    Okay.  All right.  What was the last year you
11   hunted in Wyoming?
12      A.    2021.
13      Q.    Did you apply for an elk tag in 2022?
14      A.    No.
15      Q.    Have you applied for an elk tag for this year?
16      A.    No, sir.
17      Q.    All right.  Take a look at Exhibit -- I think
18   it's Exhibit 2.  Yes, it is Exhibit 2.  It's this document
19   here.  The first page of Exhibit 2 shows the tags that are
20   available in various hunt areas for elk.  You agree with
21   that?
22      A.    Yes.
23      Q.    And for Area 125, do you agree that the land
24   shown on Exhibit 1 is located in Area 125?
25      A.    Yes.
```